*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

| | |
|---|---|
| MHB,LLC and STEPHEN C. MURPHY | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| EVANSTON INSURANCE COMPANY and MARKEL SERVICES, INC. | CASE NO: 13-cv-2128-tmp |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal with Prejudice entered on September 25, 2014, this cause is hereby dismissed with prejudice, with each party to bear its own costs.

**APPROVED:**

s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

September 25, 2014                           THOMAS M. GOULD
DATE                                          Clerk of Court

                                              s/Sandra McClain
                                         (By)  Deputy Clerk